# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                        Bankruptcy No. 18-14603-MDC

         BRIAN J FELT

         47 N. TRAYMORE AVENUE

         IVYLAND, PA 18974

                 Debtor

## <u>CERTIFICATE OF SERVICE</u>

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

         BRIAN J FELT

         47 N. TRAYMORE AVENUE

         IVYLAND, PA 18974

Counsel for debtor(s), by electronic notice only.

         JON M ADELSTEIN ESQ
         350 S MAIN ST, SUITE 105

         DOYLESTOWN, PA 18901-

                                       /S/ William C. Miller

Date: 11/20/2018                     _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee