# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian J. Felt <br> **Debtor(s)** <br><br> **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** <br> **Movant** <br> vs. <br><br> **Brian J. Felt** <br> **Debtor(s)** <br><br> **William C. Miller Esq.**, <br> Trustee | BK NO. 18-14603 MDC <br><br> Chapter 13 <br><br> Related to Claim No. 6 |

## AMENDED CERTIFICATE OF SERVICE OF
### Notice of Mortgage Payment Change

I, Kevin G. McDonald, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 20, 2018, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Brian J. Felt
47 North Traymore Avenue
Ivyland, PA 18974

Attorney for Debtor(s)
Jon M. Adelstein, Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Method of Service: electronic means or first class mail

Dated: December 20, 2018

/s/Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 825-6311
Email: kmcdonald@kmllawgroup.com