# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **Brian J. Felt** | : **Case No.: 18-14603** |
| | : **Chapter 13** |
| Debtor(s). | : **Judge Magdeline D. Coleman** |
| | : * * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Real Time Resolutions, Inc. as agent for RRA CP Opportunity Trust 2, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

18-039174_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Brian J. Felt** | : | **Case No.: 18-14603** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Jon M. Adelstein, Attorney for Brian J. Felt, 350 South Main Street, Suite 105, Doylestown, PA 18901, jadelstein@adelsteinkaliner.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January 3, 2019:

Brian J. Felt, 47 N. Traymore Ave., Warminster, PA 18974

Brian J. Felt, 47 N Traymore Avenue, Warminster, PA 18974

DATE:  January 3, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-039174_PS