# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                           Chapter 13

                           Bankruptcy No. 18-14603-MDC

BRIAN J FELT

47 N. TRAYMORE AVENUE

IVYLAND, PA 18974

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BRIAN J FELT

    47 N. TRAYMORE AVENUE

    IVYLAND, PA 18974

Counsel for debtor(s), by electronic notice only.

    JON M ADELSTEIN ESQ
    350 S MAIN ST, SUITE 105

    DOYLESTOWN, PA 18901-

                          /S/ William C. Miller

Date: 1/15/2019
                         _____

                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee