United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14603-mdc
Brian J. Felt                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1           Date Rcvd: Feb 28, 2019
                              Form ID: pdf900          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
```
db             +Brian J. Felt,    47 N. Traymore Ave.,    Ivyland, PA 18974-1418
14163800        Phelan, Hallina, Diamond & Jones, LLP,    One Penn Center,   1617 JKK Boulevard,   Suite 1100,
                  Philadelphia, PA 19103
14254058        Real Time Resolutions, Inc.,    c/o Katrina Velter, Esq.,   Manley Deas Kochalski LLC,
                  PO Box 165028,   Columbus,OH 43216-5028
14198949       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14163802       +SLS,    8742 Lucent Blvd.,    Ste 300,   Highlands  Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 01 2019 02:50:23      City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 01 2019 02:50:17      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14164934       +E-mail/Text: bankruptcy@cavps.com Mar 01 2019 02:50:15      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14183016        E-mail/Text: bkr@cardworks.com Mar 01 2019 02:49:36      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14169428        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 01 2019 02:49:53
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14198051        E-mail/Text: bkdepartment@rtresolutions.com Mar 01 2019 02:50:12
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
                                                                                             TOTAL: 6
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14163801        Rushmore Loan Management  Services,    PO Box 52708,    MA 02619
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14164941*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
```
              ADAM BRADLEY HALL    on behalf of Creditor    Real Time Resolutions, Inc. amps@manleydeas.com
              JON M. ADELSTEIN    on behalf of Debtor Brian J. Felt jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              KARINA  VELTER    on behalf of Creditor    Real Time Resolutions, Inc. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN J FELT                    Chapter 13

               Debtor           Bankruptcy No. 18-14603-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __28th__ day of __February__, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-


Debtor:
BRIAN J FELT

47 N. TRAYMORE AVENUE

IVYLAND, PA 18974